# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**NATIVE AMERICAN ARTS, INC.,**

    Plaintiff,

v.

**BUD K WORLD WIDE, INC.,**

    Defendant.

Civil Action 7:10-CV-124 (HL)

## ORDER

Currently pending in this case is Defendant's Motion for Summary Judgment (Doc. 102). As noted by the parties, the Eleventh Circuit has never rendered an opinion in a case brought pursuant to the Indian Arts and Crafts Enforcement Act, 25 U.S.C. § 305e, *et seq*. However, it has come to the Court's attention that an IACEA case is now pending before the Seventh Circuit Court of Appeals, Native American Arts, Inc. v. Indio Products, Inc., case 11-3491, in which the district court determined that NAA did not have standing to bring the action and further that there was no evidence of a violation of the IACEA. Defendant in this case also asserts that NAA does not have standing and that there was no violation of the IACEA. In light of the dearth of guidance on these issues, the Court finds it prudent to see what the Seventh Circuit decides in NAA v. Indio before moving forward with a ruling on Defendant's motion. Thus, this case is stayed in its entirety until further order of the Court.

**SO ORDERED**, this the 15th day of October, 2012.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh