IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>BUD K WORLD WIDE, INC.,<br><br>          Defendant. | Civil Action 7:10-CV-124 (HL) |

**ORDER**

The Court stayed this case in anticipation of the Seventh Circuit issuing a ruling in <u>Native American Arts, Inc. v. Indio Products, Inc.</u>, case 11-3491. The Court has kept up with the proceedings in that appellate case and notes that Plaintiff dismissed its appeal on January 30, 2013. No notice of the dismissal was given to this Court, even though Plaintiff is represented by the same counsel in both cases. In any event, the purpose of this Order is to inquire as to whether Plaintiff intends to move forward with this case. Plaintiff is directed to file a written notice no later than February 21, 2013 outlining its intentions with regard to this case. The parties are put on notice that in the event the case does move forward, the Court will hold a hearing on Defendant's Motion for Summary Judgment in Valdosta, most likely in March.

This case will remain stayed until further order of the Court.

**SO ORDERED**, this the 15th day of February, 2013.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh